UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL D. MURPHY and
SYLVANA LEON MURPHY,

PLAINTIFFS,

v. Case No.:

TESLA, INC. a
Delaware corporation,

DEFENDANT.
_______________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiffs, Michael D. Murphy and Sylvana Leon Murphy (collectively "The Murphys") through undersigned counsel, sues Tesla, Inc., a Delaware corporation as follows:

**GENERAL ALLEGATIONS**

**Parties, Jurisdiction, and Venue**

1. Plaintiff, Michael D. Murphy ("Murphy"), is an individual residing in Hillsborough County, Florida.

2. Plaintiff, Sylvana Leon Murphy ("Leon"), is an individual residing in Hillsborough County, Florida.

3. Defendant, Tesla, Inc. d/b/a Tesla Motors ("Tesla"), is a Delaware corporation with its principal place of business located in Austin, Texas.

4. Subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. This Court has personal jurisdiction over Tesla because Tesla transacts business within Hillsborough County, Florida.

6. Venue is proper pursuant to 28 U.S.C § 1391(b)(2) because the events giving rise to the claims occurred in Hillsborough County, Florida.

7. All conditions precedent to the initiation of this action have occurred, been performed or have been waived.

8. The Murphys have retained undersigned counsel to represent them in this action and have agreed to pay them a reasonable fee for their services herein.

**The Murphys and Their Home**

9. The Murphys raised their two young daughters at 17 West Spanish Main Street, Tampa, FL 33609, a waterfront home in Beach Park sitting directly on the open water of Tampa Bay (the "Murphy Home").

10. At all material times, Murphy Auto Group, Inc. d/b/a Miracle Toyota ("Miracle") was the titled owner of a 2021 Tesla Model S Plaid ("The Tesla").

11. Murphy is the owner of Miracle and in that capacity was authorized to use The Tesla for both business and personal use.

12. Murphy kept The Tesla parked every night in the ground floor garage beneath the home where his wife and daughters slept, trusting it as he would any other car he parked in his own garage.

**Hurricane Helene Ravages Tampa Bay**

13. On September 26, 2024, Hurricane Helene struck Tampa Bay as a Category 4 hurricane.

14. Because of its massive size, Hurricane Helene caused the worst storm surge Tampa Bay had seen in over a century.

15. The Murphy Home sat directly on open water, leaving it exposed to the full force of that storm surge.

16. When Hurricane Helene made landfall, Leon, the Murphys' two minor daughters, and Leon's parents were inside the Murphy Home.

17. Murphy was in California for work and could not get home. Air travel had been grounded ahead of the storm.

**The Tesla Battery Explosion**

18. As the storm surge flooded the Murphy Home, water arose to the underside of The Tesla.

19. Soon thereafter, Leon heard a loud explosion coming from the garage.

20. Leon went downstairs into the garage to find The Tesla exploded and fire spreading fast across the garage.

21. Within minutes, flames from beneath The Tesla had consumed the entire garage.

22. The flooding made it impossible for emergency vehicles to reach the Murphy Home.

23. Leon was trapped inside a burning home with her two young daughters and her parents, with no way out and no one able to reach them.

24. Unable to get home himself, Murphy contacted Grey Bull Rescue, a veteran-led international rescue organization (https://greybullrescue.org) headquartered in Tampa that the Murphys have long supported through their own philanthropy.

25. Grey Bull Rescue came by boat through the flooded waters and pulled Leon, her daughters, and her parents out of the house.

26. Without Grey Bull Rescue's efforts, there would have been no way for the family to escape and they would have died in the fire.

27. The fire went on to consume the entire Murphy home, destroying, in a single moment, every piece of property the family had spent their lives accumulating:




28. Worse yet, the fire consumed the Murphy Home so quickly that rescuers did not reach the family in time to save their dog, who tragically died in the fire.

**Tesla Knew its Batteries Were Defective**

29. The explosion of The Tesla's batteries was caused by the batteries themselves and the design of the battery pack.

30. Tesla knew about this defect and concealed it from its customers.

31. Prior to Hurricane Helene, Tesla received multiple warnings that its vehicles were prone to sudden and explosive fires when their batteries were exposed to water.

32. Tesla was aware that these specific types of battery fires were difficult and time consuming to extinguish.

33. Specifically, Tesla knew that:

a) The vehicle's high voltage battery pack contains thousands of highly volatile battery cells, and Tesla's design unnecessarily exposed a significant number of them to catastrophic damage;

b) It installed lithium-ion battery cells without adequate insulation to prevent thermal runaway, a known risk, and the very mechanism that caused The Tesla to explode into flames on contact with water;

c) Safer, feasible, and less expense battery chemistries existed that would have greatly reduced the risk of exactly this kind of spontaneous, explosive fire; and

d) Its choices on design, insulation, and battery chemistry made its vehicles prone to explosion and to fires that are exceptionally difficult to put out.

34. Despite these repeated warnings, Tesla continued to market and sell the defective vehicles, including The Tesla.

35. These defects created substantial dangers which were unknown to the Murphy's and the public in general, nor would they be recognized by the ordinary user.

36. Tesla failed to use feasible, safer alternative designs, and failed to warn of the dangers inherent in the design it chose.

37. Tesla has known of these defects since at least 2010, when it filed patents on fire retardant material intended to limit lithium-ion batteries' tendency toward rapid thermal runaway.

38. Tesla has known since 2013 that this risk was not theoretical. Tesla vehicles had generated numerous, recurring complaints of fires traced to unstable, inadequately protected batteries causing fires to ignite without warning, resist conventional extinguishing efforts, and reignite even after being put out.

39. Tesla had access to safer battery protection for years, including its own patented intumescent fire retardant material, and did not use it.

40. Knowing all of this, Tesla told the public the opposite. It represented that its vehicles were safe, that its safety systems increased safety, and that it could prove a Tesla was safer to driver than any other electric vehicle on the market.

41. Ultimately, Tesla had more than a decade to fix these known defects and chose, over and over, not to.

42. Tesla's conduct was intentional, constituted gross negligence and was in reckless disregard for the rights and safety of others.

## COUNT I
## Strict Liability – Design and Manufacturing Defects

43. The Murphys reallege Paragraphs 1 through 42 as if fully set forth herein.

44. Tesla designed, manufactured, marketed, and distributed The Tesla into the stream of commerce.

45. The Tesla was defective and unreasonably dangerous to consumers because it lacked adequate safeguards to prevent spontaneous thermal runaway when coming into contact with water.

46. The dangerous defect existed when the product was in Tesla’s possession and when it left Tesla’s control.

47. As a direct and proximate cause of the design and manufacturing defects, the Murphys suffered damages.

WHEREFORE, the Murphys demand judgment against Tesla for damages, punitive damages, interest, and any other relief deemed proper under the circumstances.

**COUNT II**
**Strict Liability – Failure to Warn**

48. The Murphys reallege Paragraphs 1 through 42 as if fully set forth herein.

49. Tesla knew, or through reasonable testing should have known, that its lithium-ion battery systems and charging interfaces carried a risk of spontaneous thermal runaway upon coming into contact with water.

50. The product warning for this defect was inadequate and Tesla failed to provide adequate warnings or instructions to the Murphys and consumers regarding the unsafe propensities of charging the vehicle inside residential garages.

51. As a direct and proximate cause of the failure to adequately warn, the Murphy's suffered injury from using The Tesla.

WHEREFORE, the Murphys demand judgment against Tesla for damages, punitive damages, interest, and any other relief deemed proper under the circumstances.

**COUNT III**
**Negligence**

52. The Murphys reallege Paragraphs 1 through 42 as if fully set forth herein.

53. Tesla owed a duty of care to the Murphys to design, test, manufacture, and sell vehicles that were safe for ordinary use and residential storage.

54. Tesla breached its duty by failing to use reasonable care in the engineering, software monitoring, and factory assembly of the battery pack.

55. Tesla further breached its duty by intentionally ignoring and concealing repeated warnings that its batteries were spontaneously combusting upon contact with water.

56. As a direct and proximate result of Tesla's negligence, the Murphys suffered extensive property damages and noneconomic losses.

WHEREFORE, the Murphys demand judgment against Tesla for damages, punitive damages, interest, and any other relief deemed proper under the circumstances.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial on all issues so triable.

Dated: September 24, 2026.

OLDER, LUNDY, KOCH & MARTINO

SAMUEL J. HELLER, ESQ.
Florida Bar No: 801461
sheller@olderlundylaw.com
litigationservice@olderlundylaw.com
ALICIA L. GANGI, ESQ.
Florida Bar No. 1002753
agangi@olderlundylaw.com
111 2nd Avenue NE, Suite 1210
St. Petersburg, FL 33701
Tel: (727) 828-6071

GINA N. GONZALEZ, ESQ.
Florida Bar No: 1018791
ggonzalez@olderlundylaw.com
ROBIN HORTON SILVERMAN ESQ.
Florida Bar No: 27934
rsilverman@olderlundylaw.com
1000 W. Cass Street
Tampa, FL 33606
Tel: (813) 254-8998

*Counsel for Michael D. Murphy*
*And Sylvana Leon Murphy*